IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAAHDI COLEMAN,

    Petitioner,               No. 2:12-cv-02621 DAD P

    vs.

RICK HILL,

    Respondent.          ORDER

                              /

          Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges his prison rules violation conviction for possession of tobacco which resulted in his loss of 30-days of good-time credits.  On November 21, 2012, petitioner filed a letter with the court in which he asserts that this habeas action was opened in error and that he is proceeding solely with one case before this court, that is, Case No. 2:12-cv-02171 KJN which is a civil rights action in which plaintiff has alleged violation of his rights under the First and Eighth Amendments to the U.S. Constitution.  The court will order petitioner to confirm that he wishes to voluntarily dismiss this habeas action.

          Accordingly, IT IS HEREBY ORDERED that within fourteen days from the service of this order, petitioner shall file a notice with this court advising whether he wishes to proceed with this habeas action or to have this habeas action voluntarily dismissed.  Should

petitioner fail to respond to the court's order, the court will recommend that this action be dismissed due to petitioner's failure to comply with the court's order.

DATED: April 15, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
cole2621.ord

2